Barratt et al., Appellants, *v.* Greenfield.

Argued October 3, 1939.

Before KELLER, P. J., CUN-
NINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and
HIRT, JJ.

312

316

*Henry B. Coxe, Jr.,* of *Barratt & Coxe,* for appellant.

*William A. Schnader,* with him *Jerome L. Markovitz* and *Gilbert J. Kraus,* of *Kraus & Weyl,* for appellee.

PER CURIAM, November 15, 1939:

The judgment of the court below is affirmed on the opinion of President Judge OLIVER.